154

Sandra F. McKINNEY, Plaintiff–
Appellant

v.

PFIZER, INC., Defendant–Appellee.

No. 04–21007.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 18, 2005.

Maurice Lee Bresenhan, Jr., Zukowski & Bresenhan, Houston, TX, for Plaintiff–Appellant.

Peter J. Engstrom, Baker & McKenzie, San Francisco, CA, Deke W. Bond, Wanda G. Holloway, Epstein Becker Green Wickliff & Hall, Houston, TXm for Defendant–Appellee.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed essentially for the reasons stated in its careful Memorandum and Order of November, 12, 2004.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.